NO. 07-10-0262-CV

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 



DECEMBER 15, 2010

 



 

MULTIPLAN,
INC., APPELLANT

 

v.

 

PRINCIPAL
LIFE INSURANCE CO., APPELLEE 



 



 

 FROM THE 99TH DISTRICT COURT OF LUBBOCK
COUNTY;

 

NO. 2007-541,633;
HONORABLE WILLIAM C. SOWDER, JUDGE



 



 

Before CAMPBELL, HANCOCK and PIRTLE, JJ.

 

 

MEMORANDUM
OPINION

 

Appellant
Multiplan, Inc. and appellee Principal Life Insurance Company have filed a
joint motion to dismiss this appeal because they have reached a settlement.  The motion is signed by attorneys for both
parties.  Without passing on the merits
of the case, we grant the motion to dismiss pursuant to Rule of Appellate
Procedure 42.1(a)(1) and dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).  Based on the agreement of the parties, costs
of the appeal are taxed against the party incurring them.  Tex. R. App. P. 42.1(d).

Having
dismissed the appeal at the parties’ request, we will not entertain a motion
for rehearing and will issue our mandate forthwith.

 

James T. Campbell

Justice